UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
HAMY ANTHONY HAI,

                Plaintiff,                      19-cv-8332 (PKC)

    -against-                           ORDER

FIRST DATA CORPORATION,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Initial Pretrial Conference of November 4, 2019 is adjourned to November 8, 2019 at 11:45 a.m.

        SO ORDERED.

                                                      P. Kevin Castel
                                         United States District Judge

Dated:  New York, New York
          November 1, 2019