

**SAUL EWING**

**ARNSTEIN**

**& LEHR** LLP

Initial conference is adjourned from
November 8, 2019 to November 12, 2019
at 11:00 a.m.
SO ORDERED.
Dated:  11/6/2019 _____

P. Kevin Castel
United States District Judge
November 5, 2019

Erik P. Pramschufer

Phone:  (212) 980-7216

Fax:  (212) 980-7291

erik.pramschufer@saul.com

www.saul.com

*Via ECF*

Hon. P. Kevin Castel
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

    Re:    ***Hai v. First Data Corporation, et. al.* (Case No. 1:19-cv-8332-PKC)**
            **Request to Adjourn Initial Conference, or Appear by Telephone**

Dear Judge Castel:

    This Firm represents Defendants First Data Corporation and Fiserv, Inc. An initial pre-trial conference is currently scheduled in this matter for November 8, 2019 at 11:45 am.

    The initial pre-trial conference was originally scheduled for November 4, 2019, but was adjourned to November 8, 2019. (ECF No. 16). On November 8, 2019 Defendants' counsel are scheduled to attend the American Bar Association Labor and Employment Law Conference in New Orleans, LA. Therefore, Defendants respectfully request that the Court adjourn the conference to November 12, 2019, or November 13, 2019. Alternatively, Defendants' counsel request the ability to participate in the November 8, 2019 conference by telephone.

    This is Defendants' first request to adjourn the initial conference, except for the request based upon Defendants' original intent to move for partial dismissal, which was voluntarily withdrawn. (ECF Nos. 9, 13). Plaintiff's counsel has noted her consent to adjourn the conference to November 12, or 13, but stated that if such dates are unavailable, the conference should proceed as scheduled on November 8.

    Thank you for your consideration.

                Respectfully submitted,

                */s/ Erik P. Pramschufer*
                Erik P. Pramschufer, Esq.

cc:    All counsel (via ECF)