UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAMY ANTHONY HAI,<br><br>            Plaintiff,<br><br>      v.<br><br>FIRST DATA CORPORATION and FISERV, INC.,<br><br>            Defendants. | Case No. 1:19-CV-08332-PKC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS STIPULATED AND AGREED by and between Plaintiff Hamy Anthony Hai and Defendants First Data Corporation and Fiserv, Inc., through their undersigned respective counsel, that the above-entitled action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| **OLENDER FELDMAN LLP**<br><br>*/s/ Karen D. Stringer*<br>Karen D. Stringer (admitted *pro hac vice*)<br>Christian J. Jensen<br>422 Morris Avenue<br>Summit, New Jersey 07901<br>908-964-2485<br>kstringer@olenderfeldman.com<br>cjensen@olenderfeldman.com<br><br>*Attorneys for Plaintiff* | **SAUL EWING ARNSTEIN & LEHR, LLP**<br><br>*/s/ Gary B. Eidelman*<br>Gary B. Eidelman (admitted *pro hac vice*)<br>500 E. Pratt Street, Suite 900<br>Baltimore, MD  21202<br>410-332-8975<br>gary.eidelman@saul.com<br><br>Erik P. Pramschufer<br>1270 Avenue of the Americas, Suite 2005<br>New York, New York 10020<br>(212) 980-7216<br>erik.pramschufer@saul.com<br><br>*Attorneys for Defendants* |