DocuSign Envelope ID: 4B59FA52-3C3F-48B4-856F-0D03A91BF56F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HAMY ANTHONY HAI,

        Plaintiff,

v.

FIRST DATA CORPORATION and FISERV, INC.,

        Defendants.

Case No. 1:19-CV-08332-PKC

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

IT IS STIPULATED AND AGREED by and between Plaintiff Hamy Anthony Hai and Defendants First Data Corporation and Fiserv, Inc., through their undersigned respective counsel, that the above-entitled action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

OLENDER FELDMAN LLP

_/s/ Karen D. Stringer_
Karen D. Stringer (admitted *pro hac vice*)
Christian J. Jensen
422 Morris Avenue
Summit, New Jersey 07901
908-964-2485
kstringer@olenderfeldman.com
cjensen@olenderfeldman.com

*Attorneys for Plaintiff*

SAUL EWING ARNSTEIN & LEHR, LLP

_/s/ Erik Pramschufer_
Gary B. Eidelman (admitted *pro hac vice*)
500 E. Pratt Street, Suite 900
Baltimore, MD 21202
410-332-8975
gary.eidelman@saul.com

Erik P. Pramschufer
1270 Avenue of the Americas, Suite 2005
New York, New York 10020
(212) 980-7216
erik.pramschufer@saul.com

*Attorneys for Defendants*

10

36856770.4